# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.                                           Crim. No. 5:14-CR-71-1H

SHAVONDA LAVETT RUFFIN

     On December 21, 2017, the above named was released from prison and commenced a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                                    I declare under penalty of perjury that the foregoing is true and correct.

                                                    /s/ Van R. Freeman, Jr.
                                                    Van R. Freeman, Jr.
                                                    Deputy Chief U.S. Probation Officer
                                                   150 Rowan Street Suite 110
                                                   Fayetteville, NC 28301
                                                   Phone: 910-354-2542
                                                  Executed On: March 3, 2020

## ORDER OF COURT

     Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 5th day of March, 2020.

                                                                 Malcolm J. Howard
                                                                  Senior U.S. District Judge